**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF E.I.M., A MINOR | : | No. 287 MAL 2017 |
| | : | |
| | : | |
| PETITION OF: A.L.H., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF N.J.M., A MINOR | : | No. 288 MAL 2017 |
| | : | |
| | : | |
| PETITION OF: A.L.H., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF L.C.M., A MINOR | : | No. 289 MAL 2017 |
| | : | |
| | : | |
| PETITION OF: A.L.H., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.